```
Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff
KIRK G. ESSLER, an individual and
dba THEJOYRIDER.COM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM, <br><br> Plaintiff(s), <br><br> v. <br><br> JIM SUPPORT ENTERPRISES, a California partnership, ANDRE GENEVOY, an individual and ROBERT L. CODEKAS, an individual, <br><br> Defendant (s). | No. C 05-0058 MEJ <br><br> **REPORT OF PARTIES PLANNING MEETING** <br> **UNDER RULE 26(F), FED.R.CIV.P. AND LOCAL RULE 16.3(B)** |
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM, <br><br> Plaintiff(s), <br><br> CERUZZI CONCEPTS, INC., a Georgia corporation, and LOUIS CERUZZI, an individual, <br><br> Defendant(s). | No. C 05-0527 MEJ |

1. Pursuant to Rule 26(f), Fed.R.Civ.P. and Local Court Rule 16.3(b), a telephonic meeting was held on May 19, 2005 between Ray K. Shahani, Esq., counsel for plaintiff(s), and Douglas Stenzel, Esq., counsel for defendant(s).

2. The parties have set a date of June 2, 2005 for the exchange of RULE 26 DISCLOSURES.

3. Plaintiff recommends that the case proceed on a STANDARD track. Defendant recommends that the STANDARD track be modified with respect to discovery scheduling only insofar as the discovery cut-off date is concerned.

4. The parties wish to pursue ENE as an Alternative Dispute Resolution ("ADR") mechanism.

5. The parties DO consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. This case IS suitable for electronic filing.

7. Recommended Discovery Plan.

   (a) Plaintiff will seek details of the defendant's knowledge of the patent-in-suit, its decision to make infringing devices despite knowledge of that patent, and its profits realized from copying the patent device.

   (b) Both parties agree that the overall discovery period cut off date of __January 24, 2006.__

8. Recommended dispositive motion date: one month after discovery cut-off date.

9. Recommended cut-off date for amending the pleadings and/or adding additional parties: __February 28, 2006__

10. Recommended date for a Status hearing: __October 25, 2005__; before the close of the fact discovery period set by the Court.

///

Ray K. Shahani, Esq., Attorney at Law
Technology and Intellectual Property Matters
477 Ninth Avenue, Suite 112, San Mateo, CA 94402 Tel: (650) 348-1444 Fax: (650) 348-8655 Email: rks@attycubed.com Website: attycubed.com

Date: 6-2-2005    Plaintiff's Counsel    _____
                                          Signature

                    Plaintiff's Counsel    Ray K. Shahani, Esq.
                                           Printed Name

Date: June 1, 2005    Defendants' Counsel    _____
                                             Signature

                      Defendants' Counsel    Douglas Stenzel, Esq.
                                             Printed Name

Ray K. Shahani, Esq., Attorney at Law
Technology and Intellectual Property Matters
477 Ninth Avenue, Suite 112, San Mateo, CA 94402 Tel: (650) 348-1444 Fax: (650) 348-8655 Email: rks@attycubed.com Website: attycubed.com

REPORT OF PARTIES PLANNING MEETING

Essler v. Jim Support Enterprises, et al./Ceruzzi et al.
Case No. C 05-0058 MEJ/C05-0527 MEJ

Page 3 of 3