# RAY K. SHAHANI
## ATTORNEY AT LAW

*Registered Patent Attorney - Technology and Intellectual Property Matters*
*http://www.attycubed.com*

Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854

Telephone: (650) 348-1444
Facsimile: (650) 348-8655
e-mail: rks@attycubed.com

June 7, 2005

By Personal Delivery/E-Filed

Honorable Magistrate Judge Maria-Elena James
United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   MEJ C05-0058 and C05-0527, Essler v. JimSupport, Cerruzzi, et al.

**Errata in JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER filed 06/02/2005**

Dear Hon. J. James,

Thank you for your attention to these matters. Please note that the following typographical error may need to be corrected in the subject document:

1.   Page 10, at Item M(1), please change the date trial will commence on from [July 2] to _August 2_.

We can always be reached at (650) 348-1444.

With best regards,

RAY K. SHAHANI
ATTORNEY AT LAW

By: _____
Ray K. Shahani, Esq.
**Attorney for Plaintiff KIRK G. ESSLER, THE JOYRIDER**

Enclosures/Attachments:

cc/fc:   Douglas Stenzel, Esq.

RKS/