**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER,<br>dba THEJOYRIDER.COM,<br>   Plaintiff(s),<br>   v.<br>JIM SUPPORT ENTERPRISES, ET AL.,<br>   Defendant(s).<br>_____/<br>AND RELATED CASES.<br>_____/ | No. C-05-0058 MEJ (JCS)<br>Related Case No. C-05-0527 MEJ (JCS)<br>**NOTICE AND ORDER**<br>**CONTINUING SETTLEMENT**<br>**CONFERENCE**<br><br>(PATENT CASES)<br>(E-FILING CASES) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the request of counsel, the Settlement Conference previously scheduled for August 30, 2005, at 9:30 a.m., has been continued to **October 25, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**Additionally, lead trial counsel and their client representatives who have UNLIMITED settlement authority are ORDERED to meet and confer *in person* on or before September 26, 2005, to discuss settlement.  Two weeks before the meeting, Plaintiff(s) shall make a settlement proposal, in writing, with a copy to the undersigned.  One week before the meeting, Defendant(s) shall respond and make a counter-proposal, in writing, with a copy to the undersigned.  Lead trial counsel shall appear at the Settlement Conference with client representatives who have UNLIMITED settlement authority.**

**Each party shall prepare a Settlement Conference Statement, which must be lodged with the undersigned's Chambers no later than fourteen (14) calendar days prior to the conference.**

The Settlement Conference Statement should NOT be electronically filed with the Clerk of the Court, and need not be served on opposing counsel.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: August 12, 2005

JOSEPH C. SPERO
United States Magistrate Judge