IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM,<br><br>    Plaintiff(s),<br><br>vs.<br><br>JIM SUPPORT ENTERPRISES, et al.,<br><br>    Defendant(s).<br>_____/<br><br>AND RELATED CASES<br>_____/ | No. C 05-0058 MEJ<br>Related Case No. C 05-0527 MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    As the settlement conference before Magistrate Judge Spero has been continued in the above-captioned matters to October 25, 2005, the Court hereby CONTINUES the Case Management Conference to November 10, 2005 at 10:00 a.m.  The parties shall file a joint status statement no later than November 3, 2005.

    **IT IS SO ORDERED.**

Dated: September 27, 2005

                                                   MARIA-ELENA JAMES
                                                 United States Magistrate Judge