Ray K. Shahani, Esq. SBN 160,814
Attorney at Law
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, California 94402-1854
Telephone: (650) 348-1444
Facsimile: (650) 348-8655

Attorney for Plaintiff
KIRK G. ESSLER, an individual and
dba THEJOYRIDER.COM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM,<br><br>    Plaintiff(s),<br><br>v.<br><br>JIM SUPPORT ENTERPRISES, a California partnership, ANDRE GENEVOY, an individual and ROBERT L. CODEKAS, an individual,<br><br>    Defendant (s). | No. C 05-0058 MEJ<br><br>**STIPULATION RE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>No. C 05-0527 MEJ |
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM,<br><br>    Plaintiff(s),<br><br>CERUZZI CONCEPTS, INC., a Georgia corporation, and LOUIS CERUZZI, an individual,<br><br>    Defendant(s). | |

**STIPULATION RE CASE MANAGEMENT CONFERENCE AND ORDER**

///

Rx Date/Time    NOV-03-2005(THU) 13:29    7603188393    P. 003
Nov 03 05 02:02p    Young&Stenzel    7603188393    p.3
NOV-03-2005(THU) 12:55    Law Offices    (FAX)16503488655    P. 004/004

Case 3:05-cv-00058-MEJ    Document 29    Filed 11/03/05    Page 2 of 2

1   WHEREAS, on October 25, 2005, the parties hereto have settled this lawsuit and will have
2   fully performed under their settlement agreement by not later than November 23, 2005; and
3   WHEREAS, the parties wish to continue the Case Management Conference scheduled on
4   November 10 for at least 45 days;
5   NOW, THEREFORE, in the interest of conservation of judicial resources, expediting
6   settlement and permitting the same to proceed without delay, the parties, by their attorneys, have
7   agreed to certain provisions hereinafter set forth.
8   It is hereby stipulated by the attorneys of the parties, subject to the approval of the
9   Court, that:
10  1.   The Case Management Conferences scheduled for November 10, 2005, be continued
11  at least 45 days, or until December 26, 2005.
12  2.   This Stipulation and Order shall remain in full force and effect throughout this action
13  until modified, superseded or terminated by order of the Court or by agreement of the parties.

15  Date: 11-3-2005            Plaintiff's Counsel    _____ Signature
16                             Plaintiff's Counsel    Ray K. Shahani, Esq.
17                                                    Printed Name
18  Date: 11-4-2005            Defendant              _____ Signature
19                             Defendants' Counsel    Douglas Stenzel, Esq.
20                                                    Printed Name

The Court hereby CONTINUES the C.M.C. to January 19, 2005.

ORDER OF THE COURT

IT IS SO ORDERED.

Date: November 3, 2005

IT IS SO ORDERED
Judge Maria-Elena James
United States District Court, Northern District of California

///

STIPULATION RE CASE MANAGEMENT CONFERENCE AND ORDER — Fast Rim Support Enterprises, et al./Ceruzzi et al.
Case No. C 05-0058 MEJ/C05-0527 MEJ
Page 2 of 2
StipReCMC 110305-1.wpd

Ray K. Shahani, Esq., Attorney at Law
Technology, and Intellectual Property Matters
477 Ninth Avenue, Suite 112, San Mateo, CA 94402 Tel: (650) 348-1444 Fax: (650) 348-8655 Email: rks@attyoakcd.com Website: attyoakcd.com