IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK G. ESSLER, an individual and dba THEJOYRIDER.COM,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>JIM SUPPORT ENTERPRISES, et al.,<br><br>    Defendant(s).<br>_____/<br><br>AND RELATED CASES<br>_____/ | No. C 05-0058 MEJ<br>Related Case No. C 05-0527 MEJ<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

On November 3, 2005, the Court granted the parties' stipulated request to continue the case management conference in this matter. Due to inadvertent error, the Court scheduled the conference for January 19, 2005. The Court hereby AMENDS the November 3 Order to reflect the correct date for the conference - January 19, 2006.

**IT IS SO ORDERED.**

Dated: November 9, 2005

                                              MARIA-ELENA JAMES<br>                                              United States Magistrate Judge